```
                                          CLERK'S OFFICE U.S. DIST. COURT
                                               AT ROANOKE, VA
                                                    FILED
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA    FEB 0 3 2006
                    ROANOKE DIVISION
                                              JOHN F. CORCORAN, CLERK
                                              BY:
                                                    DEPUTY CLERK
```

| | |
|---|---|
| BOBBY LEE TYREE, ) | |
|    Plaintiff, ) | Civil Action No. 7:06CV00075 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| CHRIS WEBB, <u>et al.</u>, ) | By: Hon. Glen E. Conrad |
|    Defendants. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

**ENTER**: This 3rd day of February, 2006.

                                                /s/ Glen Conrad
                                              United States District Judge